

Writer's Direct Dial: 610-822-2210
E-Mail: jmeltzer@ktmc.com
*Please reply to the Radnor Office*

March 13, 2014

**VIA ECF and FEDERAL EXPRESS**

The Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
Room 1950
New York, NY 10007

      **Re:** Aluminum Warehousing Antitrust Litigation; Case No. 13-md-02481-KBF
            Commercial End Users' Consolidated Class Action Complaint

Dear Judge Forrest:

     In accordance with Rule 2(c) of the Court's Individual Practices in Civil Cases, enclosed please find a courtesy copy of Commercial End Users' Consolidated Class Action Complaint which was filed with the Court on March 12, 2014.

Respectfully submitted,

Joseph H. Meltzer

JHM/ sn
Enclosure

cc:    Counsel of Record

280 King of Prussia Road, Radnor, Pennsylvania 19087   T. 610-667-7706   F. 610-667-7056   info@ktmc.com
One Sansome Street, Suite 1850, San Francisco, California 94104   T. 415-400-3000   F. 415-400-3001   info@ktmc.com
WWW.KTMC.COM

